RECEIVED

JUN 2 6 2014
Jun 26.2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENNETH JAMES DAUGHERTY

_____ plaintiff _____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14-cv-4876
Judge Sharon Johnson Coleman
Magistrate Jeffrey T. Gilbert

vs.

Salvador A. Godinez

Richard Harrington

Mark Grappenhouse

Tracy Harrington

Besty Spiller

Lori Oakley

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Defendants

Timothy R. veath
Anthony D. Wills
Kevin B. page

2

I.    **Plaintiff(s):**

    A.    Name: Kenneth Daugherty

    B.    List all aliases: None

    C.    Prisoner identification number: #N61174

    D.    Place of present confinement: Stateville Correctional Center

    E.    Address: P.O. Box 112, Joliet Ill, 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Salvedor A. Godinez

    Title: I.D.O.C. Director,

    Place of Employment: 1301 Concordia Court, Springfield Ill 62794

    B.    Defendant: Richard Harrington

    Title: Warden

    Place of Employment: Menard Correctional Center

    C.    Defendant: Mark Grappenhouse

    Title: Counselor

    Place of Employment: Menard Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

3

Revised 9/2007

D. Defendant: Truen Harrington
   Title: Grievance officer
   place of Employment: Menard Correctional Center

B. Defendant: Besty Spiller
   Title: Head Counselor
   place of Employment: Menard Correctional Center

F. Defendant: Lori OAkley
   title: Grievance officers
   place of Employment: Menard Correctional Center

G. Defendant: Timothy R. Veath
   Title: Lieutenant officer
   place of Employment: Menard Correctional Center

H. Defendant: Anthony D. Wills
   Title: officer
   place of Employment: Menard Correctional Center

I. Defendant: Kevin B. page
   Title: Lieutenant officer
   place of Employ: Menard Correctional Center


   ALL of The Above place of Employ-
ment with the one Exception of Director
Godinez, The rest Address is
   Menard correctional center
   1000 Kaskaskia St
   P.O. Box 1000
   Menard Ill 62259

       4

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:** Kenneth Daugherty vs State of Illinois And Illinois Department of Correction

    A.    Name of case and docket number: (Negligent) Filed docket # 96-CC-0610

    B.    Approximate date of filing lawsuit: September 20, 1995

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: Kenneth Daugherty

    D.    List all defendants: State of Illinois And The Illinois department of correction

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Court of Claims

    F.    Name of judge to whom case was assigned: Robert Frederick

    G.    Basic claim made: Negligence, they gave me A wrongful Diabetic medication and I don't have Diabetes

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was dismissed

    I.    Approximate date of disposition: 4-4-1997

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

Revised 9/2007

III.     List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: Kenneth Daugherty -VS- Joyce Fethernick 07-MR-32

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        Kenneth Daugherty

    D.    List all defendants: Joyce Fethernick

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Court of Claims

    F.    Name of judge to whom case was assigned: William A. Schweinert Jr

    G.    Basic claim made: Negligence

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was Appealed but dismiss Because I could not buy the $109.40 to have the record of Appeal prepared

    I.    Approximate date of disposition: 10-9-2007

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.



Revised 9/2007

Page 7

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Illinois Department of Correction Director Salvador A. Godinez, I contacted Mr Godinez and informed him that his Staff in Menard were denying me the constitutional Right to Access the Court in/by denying me the rights to Exhaustion of my institutional remedies in violation of my First amendment right. Which in his and or in his appointed Staff in their Response Assured would be handle accordingly Date 7-19-2012, Menard

2. Richard Harrington, Head Warden Conspirator in the verbal Racial device method to place him in segregation in retaliation for his Filing of grievances and to prevent plaintiff from Exhaustion

Revised 9/2007

of his institutional Remedies and ability to Access the court. on 5-16-2012 At menard C.C.

3. Mark Grupperhouse, Counselor, conspirator in not allowing plaintiff to Exhaust his institutional Remedies and rights to Access the court by discarding plaintiff grievance's that was placed in to his hands by plaintiff on 7-25-12 at Menard C.C. West House

4. Tracy Harrington, Grievance officer, conspirator, who refuse to allow the plaintiff Exhaustion even on that level of the grievance procedure.

5. Bresty Spiller, Head counselor, conspirator who plaintiff complained to about Counselor Mark Grupperhouse by her being his boss blatant refusal to allow plaintiff to access the court and discarding of his grievance's despite the fact

Besty spiller did absolutely nothing for counselor Mr. Grapperhouse condoneing his Action

6. Lori Oakley, Grievance officer at Menard correctional center, conspirator, who refuse to allow the plaintiff Exhaustion even on that level of the grievance procedure plaintiff had to file both a grievance on Flawed grievance procedure against them all Besty spiller, Tracy Harrington and Mark Grapperhouse. I was force to file a Mandamus in which they still have not complied where I could Access the court to bring any Action in court

7. Timothy R. Veath Lieutenant conspirator in the retaliation for the plaintiff Filing of grievancels. LT. VEATh while sitting on the board of the Adjustment committee on 5/24/2012 at the time of 9:23 Am stemming from the highly Racial ticket by

LT Kevin Page, and Warden Richard Harrington upon LT Timothy R. Veath becoming aware on the day of the Hearing that I was never issued a Copy Disciplinary Report. LT Veath had All three (3) Copies upon that discovery he hand or tore off me A Copy and hand it to me while in the process of the Hearing. Therefore plaintiff had no opportunity to prepare a defence or ability to call witnessies. Upon Request from plaintiff, LT Veath would not even grant him a Continuous to prepare a defence or call Witnessies. When plain- tiff Did not what he was even in Segre- gation For

8. Anthony D. Wills was the Black officer who sat on the AdJustment Committee with LT. Veath and condone LT. Veath deprivation of my rights under the Disciplinary Hearing Entitlements. Officer Wills did not obJect to none of the wrong doing done by LT. Veath even when Veath threaten to write me another Ticket #1 while at the Hearing For Contesting the Disciplinary Report. Officer Wills Failed

in his duties as a committee personal to protect or affore aford me my Rights under the Entitlements governing Disciplinary Hearing and Cosigning on Falsified documents

9. Kevin B. page, Lieutenant who wrote the Racial Disciplinary Report in retaliation for plaintiff filing grievances when told to stop. page sent him to segregation; upon leaving seg had me placed in the most highly aggressive Cell house in Menard west House where I never fit the criteria. page is a Conspirator in depriving plaintiff from Accessing the courts Rights and from Exhaustion of his institutional Remedies
↑

Above is all of their Involvement's

plaintiff brings this suit under the following Constitutional violations

1. Violation of his First Amendment Right to Access the Court.

11

2. Being in violation of his First Amendment rights to file grievances regarding the Conditions of his confinement.

3. Racial Abuse/ ~~Racial Abuser~~ Written Racial Abuse

4. Violation of his rights And Rules under the Disciplinary Hearing Entitlement

For The Sum of $ 250,000

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

To Expunge the 5-16-2012 Disciplinary Report From my Record Completely And Compensate me the Sum of $30.000 thirty thousand dollars for the First Amendment Violation they Subjected me to And the Retaliation and Harassment they Also subjected my too As well

**VI.**     The plaintiff demands that the case be tried by a jury.   ☑ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of ___June___ 20_14_

_Kenneth Daugherty_
(Signature of plaintiff or plaintiffs)

_Kenneth Daugherty_
(Print name)

_Kenneth Daugherty_
(I.D. Number)
_N61174_

_P.O. Box 112_

_Joliet Ill 60434_
(Address)

Revised 9/2007