IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENNETH JAMES DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-876-NJR-DGW |
| | ) | |
| RICHARD HARRINGTON AND KEVIN B. PAGE, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On August 10, 2016, this Court granted an agreed motion for extension of time, setting the dispositive motion filing deadline to November 29, 2016 (Doc. 69). In so doing, the Court noted that the deadline would not be moved absent extraordinary circumstances. A day after the deadline, Defendants sought a 30 day extension of time. By way of an excuse, Defendants state that their depositions were taken in early November, they are awaiting written discovery from Plaintiff, and Defense counsel's workload prevents the filing of a motion by the deadline.

Such excuses do not show either the excusable neglect required by Federal Rule of Civil Procedure 6(b)(1)(B) nor the extraordinary circumstances required by this Court's previous order. However, in light on the recent move in trial date, the dispositive motion filing deadline is extended to December 23, 2016. No further extensions will be granted. The Motion is accordingly **GRANTED IN PART** (Doc. 73).

**DATED: December 12, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**