IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH JAMES DAUGHERTY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:14-CV-876-MAB |
| | ) |
| **SALVADOR GODINEZ,** | ) |
| **RICHARD HARRINGTON,** | ) |
| **MARK GRAPPERHOUSE,** | ) |
| **TRACY HARRINGTON,** | ) |
| **BETSY SPILLER, LORI OAKLEY,** | ) |
| **TIMOTHY VEATH,** | ) |
| **ANTHONY WILLS, and KEVIN PAGE,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated February 25, 2015 (Doc. 17), Defendants Salvador Godinez, Mark Grapperhouse, Tracy Harrington, Betsy Spiller, Lori Oakley, Timothy Veath, and Anthony Wills were **DISMISSED without prejudice** from this action.

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated September 28, 2017, which granted summary judgment to Defendant Richard Harrington and was affirmed on appeal (Doc. 92, Doc. 105-2), Defendant Harrington was **DISMISSED with prejudice** from this action. Judgment is hereby entered in his favor.

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated August 5, 2019 (Doc. 131), all remaining claims have been settled or otherwise resolved

and Defendant Kevin Page is **DISMISSED with prejudice** from this action, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: June 2, 2020

                                    **MARGARET M. ROBERTIE,**
                                    **Clerk of Court**

                                BY:  /s/ Jennifer Jones
                                      **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**